# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GOMEZ GARCIA,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, et al.,<br>Respondents. | Case No. 5:26-cv-05504-JFW-ACCV<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) this Report and Recommendation is approved and accepted; and (2) Judgment shall be entered denying the Petition.

DATED: November 25, 2026

HON. JOHN F. WALTER
United States District Judge