JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO GOMEZ GARCIA,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, et al.,<br>Respondents. | Case No. 5:26-cv-05504-JFW-ACCV<br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that Petitioner's request for habeas relief is denied, with no further proceedings, consistent with the reasons and findings set forth in the Order Accepting Findings and Recommendations of United States Magistrate Judge.

DATED: November 25, 2026

HON. JOHN F. WALTER
United States District Judge